**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Shane Alexander Washington, Petitioner.

Appellate Case No. 2020-000567

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Abbeville County
R. Lawton McIntosh, Circuit Court Judge

---

Memorandum Opinion No. 2021-MO-005
Heard April 13, 2021 – Filed April 21, 2021

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Senior Assistant Attorney General David A. Spencer, Attorney General Alan McCrory Wilson, both of Columbia; and David Matthew Stumbo, of Greenwood, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Washington*, Op. No. 2020-UP-003 (S.C. Ct. App. filed Jan. 8, 2020). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, and JAMES, JJ., concur.**